PATRICK HICKS, ESQ., Bar #4632
ROGER L. GRANDGENETT II, ESQ., Bar # 6323
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169
Telephone: 702.862.8800
Facsimile: 702.862.8811
Email: phicks@littler.com
Email: rgrandgenett@littler.com

KARYN M. TAYLOR, ESQ., Bar #6142
NV ENERGY
6100 Neil Road
Reno NV, 89511
Telephone: 775.834.5781
Fax No.: 775.834.4098
Email: ktaylor@nvenergy.com

Attorneys for Defendant NV ENERGY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAM LEYBA, Individually,<br><br>         Plaintiff,<br><br>vs.<br><br>NV ENERGY, INC., a Nevada corporation, DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive,<br><br>         Defendant. | Case No. 2:16-cv-01122-JCM-CWH<br><br>**MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM SERVICE LIST *AND* ORDER GRANTING MOTION** |

      Roger L. Grandgenett II, Esq., of the law firm of Littler Mendelson, P.C. hereby moves this Court for an Order removing Bruce C. Young, Esq. from the electronic service list for this case. The basis for this Motion is that Bruce C. Young is no longer employed with Littler Mendelson and no longer has an interest in the outcome of this matter.

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

All other attorneys listed for Littler Mendelson shall remain on the service list.

Dated:  May 24, 2017

Respectfully submitted,

*/s/ Roger L. Grandgenett II, Esq.*
PATRICK HICKS, ESQ.
ROGER L. GRANDGENETT II, ESQ.
LITTLER MENDELSON, P.C.

KARYN M. TAYLOR, ESQ.
NV ENERGY

Attorneys for Defendant
NV ENERGY, INC.

**ORDER**

**IT IS SO ORDERED:**

DATED: May 26, 2017

_____
U.S. DISTRICT MAGISTRATE JUDGE

2.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

I am a resident of the State of Nevada, over the age of eighteen years, and not a party to the within action.  My business address is 3960 Howard Hughes Parkway, Suite 300, Las Vegas, Nevada 89169.  On May 24, 2017, I served the within document:

**MOTION FOR REMOVAL FROM THE CM/ECF SYSTEM
SERVICE LIST *AND* ORDER GRANTING MOTION**

☒  By **CM/ECF Filing** – Pursuant to FRCP 5(b)(3) and LR 5-4, the above-referenced document was electronically filed and served upon the parties listed below through the Court's Case Management and Electronic Case Filing (CM/ECF) system:

Kirk T. Kennedy, Esq.
815 S. Casino Center Blvd.
Las Vegas, NV 89101
Attorney for Plaintiff

*Attorneys for Plaintiffs*

I declare under penalty of perjury that the foregoing is true and correct.  Executed on May 24, 2017, at Las Vegas, Nevada.

/s/ *Erin J. Melwak*
Erin J. Melwak

Firmwide:147579578.1 058921.1061

LITTLER MENDELSON, P.C
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

3.