1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7

8

SAM LEYBA,                                              )
                                                       )
                        Plaintiff,                     )        Case No.  2:16-cv-01122-JCM-CWH
                                                       )
vs.                                                    )        **ORDER**
                                                       )
NV ENERGY, INC.,                                       )
                                                       )
                        Defendant.                     )
_____               )

9

10

11

12

13        Presently before this court is Defendant NV Energy, Inc.'s Motion to Stay Pending Ruling

14    on Motion to Dismiss (ECF No. 26), filed on May 12, 2017.  Plaintiff Sam Leyba filed an

15    opposition (ECF No. 28) on May 16, 2017.  Defendant filed a reply (ECF No. 29) on May 22,

16    2017.  Given the amount of time that has passed since the motion was filed, combined with the fact

17    that the parties stipulated to extend discovery, the court requests that the parties file a brief status

18    report indicating whether the parties' discovery efforts have obviated the need to address the

19    motion to stay.  The parties must file the status report by November 8, 2017.

20        IT IS SO ORDERED.

21

22        DATED: November 1, 2017

23

24    _____
      **C.W. Hoffman, Jr.**
      **United States Magistrate Judge**

25

26

27

28